UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> a beng, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-6850-TWT |

**NOTICE OF VOLUNTARY DISMISSAL**
**AS TO DEFENDANT (NO. 177) PickNClick**

Plaintiff, Yiwu Baimei Electronic Commerce Co., Ltd., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action without prejudice as to Defendant (No. 177) PickNClick.

Respectfully Submitted this 21st day of January, 2026,

                                                                        **Abbie Cook**
                                                                        Ga. Bar Number: 905603
                                                                        Attorney for Plaintiff
                                                                        Ford Banister LLC
                                                                        305 Broadway - Floor 7
                                                                        New York, NY 10007
                                                                        Telephone: (212) 500-3268
                                                                        Email: acook@fordbanister.com

2

## **CERTIFICATE OF FONT & SIZE SELECTION**

Pursuant to LR 7.1(D), I certify that this paper was prepared with the font and point selection approved by the Court in LR 5.1(B).

Respectfully submitted this 21st of January, 2026

**Abbie Cook**
Ga. Bar Number: 905603
Attorney for Plaintiff
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: (212) 500-3268
Email: acook@fordbanister.com