IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> a beng, *et al.*, <br><br> Defendants. | Case No.: 1:25-cv-6850-TWT |

### CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I sent an email to the email addresses for Defendants as provided by third parties and consistent with the Complaint, excluding Defendant (No. 16) OLYCRAFT US, for which Amazon failed to timely provide contact information. Consistent with this Court's Order [Doc. 11], this email noticed Defendants of the Complaint [Doc. 1], the Motion for Temporary Restraining Order ("TRO") [Doc. 3], the TRO [Doc. 11], the Motion to Extend the TRO [Doc. 13], and the Order to Extend the TRO [Doc. 14].

Respectfully submitted on this 21st of January, 2026.

**Abbie Cook**
Ga. Bar Number: 905603
Attorney for Plaintiff
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: (212) 500-3268
Email: acook@fordbanister.com
