UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd.,<br><br>  Plaintiff,<br><br>v.<br><br>a beng, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-6850-TWT |

**NOTICE OF VOLUNTARY DISMISSAL**
**AS TO DEFENDANT (NO. 28) ZHIHNEG**

Plaintiff , Yiwu Baimei Electronic Commerce Co., Ltd., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action without prejudice as to Defendant (No. 28) ZHIHNEG.

Respectfully Submitted this 22nd day of January, 2026,

                                **Abbie Cook**
                                Ga. Bar Number: 905603
                                Attorney for Plaintiff
                                Ford Banister LLC
                                305 Broadway - Floor 7
                                New York, NY 10007
                                Telephone: (212) 500-3268
                                Email: acook@fordbanister.com

## **CERTIFICATE OF FONT & SIZE SELECTION**

Pursuant to LR 7.1(D), I certify that this paper was prepared with the font and point selection approved by the Court in LR 5.1(B).

Respectfully submitted this 22nd of January, 2026

                                              **Abbie Cook**
                                              Ga. Bar Number: 905603
                                              Attorney for Plaintiff
                                              Ford Banister LLC
                                              305 Broadway - Floor 7
                                              New York, NY 10007
                                              Telephone: (212) 500-3268
                                              Email: acook@fordbanister.com