UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> a beng, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-6850-TWT |

### NOTICE OF VOLUNTARY DISMISSAL
### AS TO DEFENDANTS

Plaintiff, Yiwu Baimei Electronic Commerce Co., Ltd., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action without prejudice as to Defendants (No. 1) a beng, (No. 2) a can, (No. 5) FuXuanHuo, (No. 33) bearandbeeresincraft, (No. 44) Cyper, (No. 74) Local Mold Shop MLXia (No. 75), Local Shop WZX and (No. 76) Local shop ZXHan.

Respectfully submitted this 29th day of January, 2026,

**Abbie Cook**
Ga. Bar Number: 905603
Attorney for Plaintiff
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: (212) 500-3268
Email: acook@fordbanister.com

1

2

## **CERTIFICATE OF FONT & SIZE SELECTION**

Pursuant to LR 7.1(D), I certify that this paper was prepared with the font and point selection approved by the Court in LR 5.1(B).

Respectfully submitted this 29th of January, 2026

**Abbie Cook**
Ga. Bar Number: 905603
Attorney for Plaintiff
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: (212) 500-3268
Email: acook@fordbanister.com

2