IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> a beng, *et al*., <br><br> Defendants. | Case No.: 1:25-cv-6850-TWT |

**PLAINTIFF'S NOTICE OF SETTLEMENT
WITH CERTAIN DEFENDANTS AND
<u>NOTICE OF MOOTED MOTIONS [D.E.s 32 and 34]</u>**

Plaintiff hereby notifies the Court that Plaintiff has reached settlement with Defendants (No. 87) BAOBIN Co., Ltd., (No. 89) BAOZHIXIN Co.Ltd, (No. 102) CHITONG Co., Ltd., (No. 112) FANGHAO Co., Ltd., (No. 118) FENFGYU Co., Ltd., (No. 119) FENPUSHOP, (No. 133) HENGPING Co., Ltd., (No. 146) JUNJIE Co., Ltd., (No. 152) KUISANG Co., Ltd., (No. 176) PANGMIAO Co., Ltd., (No. 192) SHENGQING Co., Ltd., (No. 196) SIJI Co., Ltd., and (No. 243) ZHONGHEI (collectively, "Defendants"). Defendants' Motion to Dismiss for Lack of Personal Jurisdiction [D.E.s 32 and 34] is now moot. Appropriate filings will follow the parties' execution of settlement documents.

Respectfully submitted this 3rd day of February, 2026.

/s/ Abbie Cook
Bar No. 905603
Ford Banister LLC
305 Broadway – Floor 7
New York, NY 10007
Telephone: 212-500-3268
Email: ford@fordbanister.com
*Attorney for Plaintiff*
