# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Yiwu Baimei Electronic Commerce Co., Ltd.,

    Plaintiff,

v.

a beng, *et al.*,

    Defendants.

Case No. 1:25-cv-6850-TWT

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS

Plaintiff , Yiwu Baimei Electronic Commerce Co., Ltd., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action without prejudice as to Defendants (No. 8) Jewel Rain, (No. 10) JINHUIXI STORE, (No. 17) OMGFUNAA, (No. 25) YH Earrings, (No. 70) DXLCAN,  (No. 78) Mr Zhan, (No. 80) STSP local, (No. 101) Chen Toy Store, (No. 106) DongMing Home Store, (No. 157) LEIFA Decoration Shop, and (No. 239) Yooshoverk Nice Essentials, only.

Respectfully Submitted this 16th day of February, 2026,

**<u>Abbie Cook</u>**
Ga. Bar Number: 905603
Attorney for Plaintiff
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: (212) 500-3268
Email: acook@fordbanister.com

## **CERTIFICATE OF FONT & SIZE SELECTION**

Pursuant to LR 7.1(D), I certify that this paper was prepared with the font and point selection approved by the Court in LR 5.1(B).

Respectfully submitted this 16th day of February, 2026

**Abbie Cook**
Ga. Bar Number: 905603
Attorney for Plaintiff
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: (212) 500-3268
Email: acook@fordbanister.com