UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> a beng, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-6850-TWT |

**NOTICE OF VOLUNTARY DISMISSAL**
**AS TO CERTAIN DEFENDANTS**

Plaintiff, Yiwu Baimei Electronic Commerce Co., Ltd., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as to Defendants (No. 87) BAOBIN Co.Ltd, (No. 89) BAOZHIXIN Co.Ltd, (No. 102) CHITONG Co.Ltd, (No. 112) FANGHAO Co.Ltd, (No. 118) FENFGYU Co.Ltd, (No. 119) FENPUSHOP, (No. 133) HENGPING Co.Ltd, (No. 146) JUNJIE Co.Ltd, (No. 152) KUISANG Co.Ltd, (No. 176) PANGMIAO Co.Ltd and (No. 196) SIJI Co.Ltd, and (No. 243) ZHONGHEI, only.

1

Respectfully Submitted this 16th day of February, 2026,

**Abbie Cook**
Ga. Bar Number: 905603
Attorney for Plaintiff
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: (212) 500-3268
Email: acook@fordbanister.com

**CERTIFICATE OF FONT & SIZE SELECTION**

Pursuant to LR 7.1(D), I certify that this paper was prepared with the font and point selection approved by the Court in LR 5.1(B).

Respectfully submitted this 16th day of February, 2026

**Abbie Cook**
Ga. Bar Number: 905603
Attorney for Plaintiff
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: (212) 500-3268
Email: acook@fordbanister.com