

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 1 8 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., | |
|     Plaintiff, | **SEALED** |
| v. | Case No.: |
| a beng, *et al.*, | 1:25-cv-6850-TWT |
|     Defendants. | |

**DEFENDANT THI HONG HA TA'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
OR, IN THE ALTERNATIVE, TO SEVER**

I. INTRODUCTION

Defendant Thi Hong Ha Ta, appearing pro se, respectfully moves to dismiss the claims asserted against her for lack of personal jurisdiction, or, in the alternative, to sever her from this action.

Defendant is THI HONG HA TA, an individual, doing business as NINKAHURITYS.

Plaintiff's claims against Defendant should be dismissed or severed because (1) the Complaint does not allege any infringing sales or orders into the State of

1

Georgia, and therefore does not establish personal jurisdiction, and (2) Defendant has been improperly joined with numerous unrelated defendants in a single action.

## II. NO ALLEGED INFRINGING SALES OR ORDERS INTO GEORGIA

The Complaint does not allege that Defendant made any infringing sales or fulfilled any orders into the State of Georgia.

Defendant operates an online store directed generally to customers across North America and does not target or direct sales specifically to the State of Georgia. The Complaint does not identify a single transaction, shipment, or customer located in Georgia that is attributable to Defendant.

Because the Complaint does not allege any infringing sales or orders into the State of Georgia, Defendant lacks the requisite minimum contacts with this forum, and this Court therefore lacks personal jurisdiction over Defendant.

## III. IMPROPER JOINDER

Defendant has been joined in this action together with numerous unrelated defendants.

The Complaint does not allege that Defendant acted jointly with any other

defendant, shared ownership or control, or participated in any coordinated conduct. Any allegations concerning Defendant are individual in nature and distinct from the allegations asserted against other defendants.

Joinder based solely on generalized allegations of similar conduct does not satisfy the requirements of Federal Rule of Civil Procedure 20. Accordingly, Defendant should be dismissed from this action or, at a minimum, severed pursuant to Rule 21.

## IV. REQUEST FOR RELIEF

For the foregoing reasons, Defendant Thi Hong Ha Ta, D/B/A NINKAHURITYS, respectfully requests that the Court:

1.Dismiss the claims asserted against Defendant for lack of personal jurisdiction;

2.Alternatively, sever Defendant from this action;

3.Dissolve or modify any TRO, asset restraint, or injunctive relief as applied to Defendant; and

3

4.Grant such other and further relief as the Court deems just and proper.

Respectfully submitted at January 21, 2026,

/s/ THI HONG HA TA

Name:THI HONG HA TA

Address:LONG PHU, TRUC CUONG

TRUC NINH NAM DINH

420000 VN

Date: January 21, 2026

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Yiwu Baimei Electronic Commerce Co., Ltd.,

     Plaintiff,

v.

a beng, *et al.*,

     Defendants.

**SEALED**
Case No.:
1:25-cv-6850-TWT

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2026, I served a true and correct copy of the foregoing DEFENDANT THI HONG HA TA ' S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO SEVER upon all counsel of record for Plaintiff by U.S. Mail to the following address:

Ga. Bar Number: 905603

Attorney for Plaintiff

Ford Banister LLC

305 Broadway - Floor 7

New York, NY 10007

Respectfully submitted,

/s/ THI HONG HA TA

Name:THI HONG HA TA

Address:LONG PHU, TRUC CUONG

TRUC NINH NAM DINH

420000 VN

Date: January 21, 2026



UNITED STATES POSTAL SERVICE

**USPS APIs**

**G**

Clerk.com
US POSTAGE

U.S. POSTAGE PAID
USPS FIRST
Mailed from 33010

## USPS GROUND ADVANTAGE™

1080 SE 5TH STREET, SUITE 300
HIALEAH FL 33010

Created 02/06/2026

RDC 01

CLERK OF COURT :FILING DESK
US. DISTRICT COURT,NORTHERN DISTRICT OF GI
RICHARD B.RUSSELL FEDERALBUILDING 75TE
D TURNER
DRIVE SW#2211
ATLANTA GA 30303-3309

**USPS TRACKING # USPS Ship**

9214 4904 0731 4801 9157 70

CST2603900100144599