UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd.,<br><br>    Plaintiff,<br><br>v.<br><br>a beng, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-6850-TWT |

NOTICE OF VOLUNTARY DISMISSAL
AS TO CERTAIN DEFENDANTS

Plaintiff , Yiwu Baimei Electronic Commerce Co., Ltd., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action without prejudice as to Defendants (No. 7) H&Z STORE , (No. 20) Qiqi jewelry, (No. 23) XiaoLingBAIHUO, (No. 26) YONYou and (No. 21) Rifanda Shop.

Respectfully Submitted this 26th day of February, 2026,

**Abbie Cook**
Ga. Bar Number: 905603
Attorney for Plaintiff
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: (212) 500-3268
Email: acook@fordbanister.com

## **CERTIFICATE OF FONT & SIZE SELECTION**

Pursuant to LR 7.1(D), I certify that this paper was prepared with the font and point selection approved by the Court in LR 5.1(B).

Respectfully submitted this 26th day of February, 2026

                                          **Abbie Cook**
                                          Ga. Bar Number: 905603
                                          Attorney for Plaintiff
                                          Ford Banister LLC
                                          305 Broadway - Floor 7
                                          New York, NY 10007
                                          Telephone: (212) 500-3268
                                          Email: acook@fordbanister.com