# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., | |
| Plaintiff, | Case No.: 1:25-cv-6850-TWT |
| v. | |
| a beng, *et al.*, | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Yiwu Baimei Electronic Commerce Co., Ltd. ("Plaintiff"), and Defendant (No. 34) Black_Pearll Store (hereinafter "Defendant"), identified on the Complaint, file this joint Stipulation of Voluntary Dismissal, with prejudice. Each party is to bear its own attorneys' fees, costs and expenses.

Respectfully submitted this 27th day of February, 2026,

/s/ *Abbie Cook*
Abbie Cook
GA Bar No.: 905603
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: 212-500-3268
Email: acook@fordbanister.com
*Attorney for Plaintiff*

Mursel Aycak
*Def. (No. 34) Black_Pearll Store*

1